*E-FILED 05-02-2011*

| | |
|---|---|
| JON MICHAELSON (Bar No. 83816) | SIMON FRANKEL (Bar No. 139669) |
| E-mail: jon.michaelson@klgates.com | E-mail: sfrankel@cov.com |
| K&L GATES LLP | ROBERT WILLIAMS (Bar No. 247428) |
| 630 Hansen Way | E-mail: rwilliams@cov.com |
| Palo Alto, CA 94304 | Covington & Burling LLP |
| Telephone: (650) 798-6700 | One Front Street |
| Facsimile: (650) 798-6701 | San Francisco, California 94111-4682 |
| | Telephone: (415) 591-6000 |
| GREGORY F. WESNER | Facsimile: (415) 591-6091 |
| E-mail: gregory.wesner@klgates.com | |
| DANIEL H. ROYALTY | Attorneys for Third Party |
| E-mail: dan.royalty@klgates.com | SAMSUNG SEMICONDUCTOR, INC. |
| JONATHAN H. HARRISON | |
| E-mail: jonathan.harrison@klgates.com | |
| K&L GATES LLP | |
| 925 Fourth Avenue, Suite 2900 | |
| Seattle, WA 98104-1158 | |
| Telephone: (206) 623-7580 | |
| Facsimile: (206) 623-7022 | |

(*Pro hac vice* applications pending)

Attorneys for Plaintiff
CARNEGIE MELLON UNIVERSITY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY<br><br>  Plaintiff,<br><br>  v.<br><br>MARVELL TECHNOLOGY GROUP and MARVELL SEMICONDUCTOR, INC.,<br><br>  Defendants. | Case No.: 5:11-mc-80078-JF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL**<br><br>Date: May 24, 2011<br>Time: 10:00 am<br>Dept: Courtroom 2, 5th Floor<br>Judge: Magistrate Judge Howard R. Lloyd |

Carnegie Mellon University ("CMU"), plaintiff in an action pending in the Western

District of Pennsylvania, initiated this proceeding to compel third-party Samsung

Semiconductor, Inc. ("SSI") to comply with subpoenas. CMU's Motion to Compel SSI's

1  Compliance With FRCP 45 Document and Deposition Subpoenas ("Motion") is presently set
2  for hearing before the Court on May 24, 2011.  CMU and SSI hereby stipulate to and request
3  that the hearing date be re-set for May 31, 2011.

4      CMU and SSI further stipulate to and request a modification of the briefing deadlines to
5  coincide with the May 31, 2011 hearing date.  Specifically, pursuant to Civil Local Rule 7-3, the
6  parties hereby request that SSI's Opposition to the Motion be due on or before May 10, 2011,
7  and CMU's Reply is due on or before May 17, 2011.  The current and requested modifications
8  are set forth below:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| SSI's Opposition Briefing: | May 3, 2011 | May <u>10</u>, 2011 |
| CMU's Reply Briefing: | May 10, 2011 | May <u>17</u>, 2011 |
| Hearing: | May 24, 2011 | May <u>31</u>, 2011 |

13      The parties agree that the interests of justice would be served by a one week extension of
14  all deadlines, as SSI requires additional time is required to analyze and brief the issues raised by
15  the Motion (including as a result of changes in staffing of SSI in-house counsel involved in
16  responding to the underlying subpoena).  In addition, judicial resources may also be conserved
17  as the parties have an interest in attempting to resolve the issues in CMU's Motion without
18  judicial intervention, obviating further briefing and the scheduled hearing.

19      THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND REQUESTED by the
20  parties, through their respective counsel, that SSI's Opposition be due on or before May 10,
21  2011, CMU's Reply be due on or before May 17, 2011, and that the hearing currently scheduled
22  to take place on May 24, 2011 be re-set for May 31, 2011 at 10:00 a.m., or on such a date and at
23  such a time thereafter as is convenient for the Court.

25  Dated:  April 29, 2011        By:  */s/ Dan Royalty*
                                                       Dan Royalty
                                                     K&L GATES LLP

                                                     Attorneys for Plaintiff
                                                     CARNEGIE MELLON UNIVERSITY

1  Dated: April 29, 2011                By:  /s/ Simon Frankel
                                              Simon J. Frankel
2                                             Robert Williams
                                              COVINGTON & BURLING LLP
3
                                              Attorneys for Third Party
4                                             SAMSUNG SEMICONDUCTOR, INC.

5

6

7
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9  DATED:  _____May 2_____, 2011    _____
                                     Hon. Howard R. Lloyd
10                                   UNITED STATES MAGISTRATE JUDGE

**ECF CERTIFICATION**

I, Simon J. Frankel, am the ECF User whose identification and password are being used to file this Stipulation And Proposed Order Modifying Hearing Date And Briefing Schedule For Plaintiff's Motion To Compel.  In compliance with General Order 45.X.B, I hereby attest that Dan Royalty has concurred in this filing.


DATED:  April 29, 2010                           COVINGTON & BURLING LLP


                                                 By:   */s/ Simon J. Frankel*
                                                       Simon J. Frankel

                                                 **ATTORNEYS FOR SAMSUNG SEMICONDUCTOR, INC.**